1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAJIR HEDAYATI, | Case No. 17cv1490 CAB NLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO DISMISS |
| JAMES MCCAMENT, Acting Director, U.S. Citizenship and Immigration Service, U.S. Department of Homeland Security, et al., | [Doc. No. 8] |
| Defendants. | |

Having considered the parties' Joint Motion to Dismiss (Doc. No. 8) and finding the joint motion meritorious, the Court GRANTS the motion and ORDERS under Federal Rule of Civil Procedure 41(a)(1) that the complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated: February 5, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge